**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-6659**

_____

DENNIS J. DILLARD,

            Petitioner – Appellant,

      v.

TERRY O'BRIEN; UNITED STATES PENITENTIARY HAZELTON;
STEVEN S. NEFF,

            Respondents - Appellees.

_____

Appeal from the United States District Court for the Northern
District of West Virginia, at Wheeling.   Frederick P. Stamp,
Jr., Senior District Judge.   (5:13-cv-00128-FPS-JES)

_____

Submitted:  October 29, 2014        Decided:  November 6, 2014

_____

Before SHEDD and AGEE, Circuit Judges, and DAVIS, Senior Circuit
Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Dennis J. Dillard, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dennis J. Dillard, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Dillard v. O'Brien, No. 5:13-cv-00128-FPS-JES (N.D.W. Va. Apr. 17, 2014). In addition, we note that Dillard has waived the review of any issues not contained in his informal brief. See 4th Cir. R. 34(b). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED